REVEAL ENERGY SERVICES, INCORPORATED; Statoil Gulf Services, L.L.C., Plaintiffs-Appellees

v.

Matthew A. DAWSON; Jin Z. Dawson; Axiom Genesis, Incorporated, Defendants-Appellants

No. 17-20568

United States Court of Appeals, Fifth Circuit.

Filed December 13, 2017

Edward F. Fernandes, Attorney, Hunton & Williams, L.L.P., Austin, TX, Ryan A. Shores, Esq., William Jonathan Haun, Esq., Shearman & Sterling, L.L.P., Washington, DC, Charles Daniel Ossola, Esq., Litigation Counsel, Daniel George Vivarelli, Jr., Esq., Hunton & Williams, L.L.P., Washington, DC, for Plaintiffs-Appellees

Ashish Mahendru, Mahendru, P.C., Houston, TX, for Defendants-Appellants

Before Judges SMITH, BARKSDALE, and HIGGINSON, Circuit Judges.

PER CURIAM: [*]

Dr. Matthew A. Dawson, his wife Dr. Jin Z. Dawson, and Axiom Genesis, Incorporated, challenge the preliminary injunction provided by the district court's 21 August 2017 order. Having reviewed the briefs

---

and pertinent parts of the record, and heard oral argument, the preliminary injunction is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.